19994.   CLARK *v.* THE STATE.

DECIDED NOVEMBER 12, 1929.

505

*M. B. Eubanks, Norman Shatluck,* for plaintiff in error.
*M. Neil Andrews, solicitor-general,* contra.

BLOODWORTH, J. ■ This case is controlled by the principle announced in *Cummings* v. *State,* 25 *Ga. App.* 427 (103 S. E. 687), and the court erred in refusing to grant a new trial. See *Turner* v. *State,* 25 *Ga. App.* 234 (102 S. E. 847); *Kennedy* v. *State,* 23 *Ga. App.* 141 (97 S. E. 894); *Reeves* v. *State,* 23 *Ga. App.* 9 (97 S. E. 263).

■ As a new trial must follow the foregoing ruling, it is unnecessary to pass upon the alleged errors referred to in the special grounds of the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*